No. 5272.—Quiñones, aplda., *v.* Porto Rico Biscuit Company, aplte.—C. D. Ponce. ▉▉▉▉▉▉▉▉ Febrero 10, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Considerados los argumentos de las partes y los documentos presentados, y teniendo en cuenta que se han unido al récord la transcripción y el alegato de la parte apelante, el tribunal en uso de su discreción, deja sin efecto su resolución de enero 20, 1931, y ordena siga su curso esta apelación.

No. 5280.—Dr. Rafael U. Lange, apldo., *v.* María del Carmen Lange et als., apltes.—C. D. Mayagüez. División de comunidad. ▉▉▉▉▉▉▉ Febrero 26, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Examinados los autos, y apareciendo que los demandados apelantes, si bien excepcionaron la demanda en el pleito principal, luego retiraron su excepción previa, se allanaron a a dicha demanda y· pidieron que se dictara sentencia en su contra, el tribunal resuelve modificar, como por la presente modifica, la orden apelada, rebajando la partida de honorarios de abogado a la suma de $25, y condenando a los dichos demandados únicamente al pago de la cantidad de $42.50 como importe total de costas y honorarios de abogado, y así modificada se confirma la orden apelada que dictó la Corte de Distrito de Mayagüez con ·fecha 7 de febrero de 1930 en el caso de epígrafe.